IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | | |
|---|---|---|
| ROBERT GARY CUMBY | ) | |
| VS. | ) | CIVIL ACTION NO. 204-109 |
| WINN-DIXIE STORES, INC. | ) | |

### ORDER

In the captioned case it appears that the action or condition hereinafter stated will render it impossible for this District Court to expeditiously process this case to conclusion:

The defendant, Winn-Dixie Stores, Inc., has filed a Notice of Commencement of Bankruptcy.

Accordingly, IT IS HEREBY ORDERED that further proceedings herein are STAYED, that the Clerk of this Court is directed to close this case for all purposes of statistical reporting, and that the parties shall notify the Court when it is appropriate to re-open the case.

ORDER ENTERED at Augusta, Georgia this 22nd day of September, 2006.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE

cc: