IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT GARY CUMBY,  )
                    )  CIVIL ACTION
        Plaintiff,  )
                    )
vs.                 )
                    )
WINN-DIXIE STORES, INC., )
                    )  CASE NO.: cv204-109
        Defendant.  )

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take Notice that the Plaintiff, Robert Gary Cumby, hereby voluntarily dismisses the above-styled action with prejudice.

DATED this the 27th day of Aug, 2008.

By _____
John T. McKnight

Georgia Bar Number 495825
220 Saint Andrews
Saint Simons Island, GA 31522
(912) 279-0805 (facsimile)

Attorney for Plaintiff

00616628

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by mail to Eric J. Holshouser, Esq., Coffman, Coleman, Andrews & Grogan, P.A., Post Office 40089, Jacksonville, Florida 32203 and Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this 27th day of Aug, 2008.

_____
Attorney

00616628